BANKERS TRUST COMPANY OF CALIFORNIA, N.A., Respondent, v CHAGGRIT SAWANGKAO, Appellant, et al., Defendants.

Submitted March 7, 2005; decided April 5, 2005

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order that dismissed the appeal from the judgment of foreclosure and sale, dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain the motion from the Appellate Division order dismissing the appeal to that Court from a determination entered on default (*see* CPLR 5511); motion for leave to appeal otherwise dismissed upon the ground that the remaining portion of the Appellate Division order does not finally determine the action within the meaning of the Constitution.

BANK OF NEW YORK, Respondent, v NORILSK NICKEL et al., Respondents, and MONTER JOINT STOCK COMPANY, Appellant.

Submitted February 28, 2005; decided April 5, 2005

Motion to dismiss appeal granted and appeal dismissed, with $400 costs and $100 costs of motion, upon the ground that the order appealed from does not finally determine the proceeding within the meaning of the Constitution.